**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GLENN DORSEY,

    Plaintiff,

vs.

                                                    **CASE NO. 8:14-CV-01300-EAK-AEP**

QUICKEN LOANS,

    Defendant.

_____/

**AGREED ORDER**

    Considering Defendant's Motion to Dismiss Plaintiff's Complaint, and Plaintiff's Stipulation concerning Defendant's Motion to Dismiss and the dismissal of his lawsuit,

    **IT IS ORDERED, ADJUDGED AND DECREED** that the Defendant's Motion to Dismiss Plaintiff's Complaint is hereby **GRANTED**.

    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's Complaint is hereby dismissed, with prejudice.

**DONE** and **ORDERED** in Chambers at Tampa, Florida this 17th day of June, 2014



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

1

## SERVICE LIST

COLLEEN M. COLTON, ESQ.
**MCGLINCHEY STAFFORD**
1 E. Broward Blvd., Ste. 1400
Ft. Lauderdale, FL 33301
Email: ccolton@mcglinchey.com
Attorney for Quicken Loans Inc.

Glenn Dorsey
7255 34th Street North
Pinellas Park, FL 33781
Plaintiff